AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| St. John, Stephen C. | U.S. Bankruptcy Court, Eastern District of Virginia | 06/07/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief United States Bankruptcy Judge | ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  **5b.** ☐ Amended Report | 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

600 Granby Street
4th Floor
Norfolk, Virginia 23510

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Planning Committee | Mid-Atlantic Bankruptcy Conference, Virginia Continuing Legal Education |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Virginia Beach Antique Company |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Northern Virginia Bar Association | May 24-25, 2017 | Arlington, Virginia | to appear in CLE seminar | travel, lodging, and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| St. John, Stephen C. | 06/07/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Credit Card | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| St. John, Stephen C. | 06/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank, N.A. Cash Account | A | Interest | J | T | | | | | |
| 2. BB&T Bank Trust Department IRA (H) | D | Int./Div. | N | T | | | | | |
| 3. -Sterling Capital Cash Account | A | Interest | J | T | | | | | |
| 4. -Sterling Capital Total Return Bond Fund | B | Dividend | K | T | Buy (add'l) | 02/01/17 | J | | |
| 5. | | | | | Buy (add'l) | 03/20/17 | J | | |
| 6. | | | | | Buy (add'l) | 04/07/17 | J | | |
| 7. | | | | | Buy (add'l) | 08/03/17 | J | | |
| 8. | | | | | Buy (add'l) | 10/04/17 | J | | |
| 9. -Sterling Capital Equity Income Fund | A | Dividend | K | T | Sold (part) | 02/01/17 | J | A | |
| 10. | | | | | Buy (add'l) | 10/04/17 | J | | |
| 11. -CSX Corporation common stock | A | Dividend | | | Sold (part) | 03/16/17 | J | C | |
| 12. | | | | | Sold (part) | 04/05/17 | J | C | |
| 13. | | | | | Sold (part) | 08/01/17 | J | C | |
| 14. | | | | | Sold | 10/03/17 | J | D | |
| 15. -Federated MDT Small Cap Growth Fund | A | Dividend | J | T | Sold (part) | 02/01/17 | J | A | |
| 16. | | | | | Sold (part) | 10/03/17 | J | A | |
| 17. -Forward Salient Intl. Small Cap Institutional Fund | A | Dividend | | | Buy (add'l) | 02/01/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| St. John, Stephen C. | 06/07/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 08/03/17 | J | A | |
| 19. -Goldman Sachs Growth Opportunity Fund | A | Dividend | J | T | Sold (part) | 02/01/17 | J | A | |
| 20. | | | | | Sold (part) | 10/03/17 | J | A | |
| 21. -Harding Loevner International Equity Fund | A | Dividend | J | T | Sold (part) | 02/01/17 | J | A | |
| 22. | | | | | Sold (part) | 10/03/17 | J | A | |
| 23. -Lazard Emerging Markets Portfolio Fund | A | Dividend | J | T | Buy (add'l) | 02/01/17 | J | | |
| 24. | | | | | Buy (add'l) | 10/04/17 | J | | |
| 25. -Oppenheimer Developing Markets Fund | A | Dividend | J | T | Sold (part) | 02/01/17 | J | | |
| 26. | | | | | Buy (add'l) | 10/04/17 | J | | |
| 27. -Virtus KAR Small Cap Fund (f/k/a Virtus Quality Small Cap Fund) | A | Dividend | J | T | Sold (part) | 02/01/17 | J | A | |
| 28. | | | | | Buy (add'l) | 10/04/17 | J | | |
| 29. -Doubleline Total Return Bond Fund | B | Dividend | K | T | Buy (add'l) | 02/01/17 | J | | |
| 30. | | | | | Buy (add'l) | 03/20/17 | J | | |
| 31. | | | | | Buy (add'l) | 04/07/17 | J | | |
| 32. | | | | | Buy (add'l) | 08/03/17 | J | | |
| 33. | | | | | Buy (add'l) | 10/04/17 | J | | |
| 34. -Metropolitan West T/R Bd-Pln (f/k/a Metrop. West Tot. Return Bd Fd) | A | Dividend | K | T | Buy (add'l) | 02/01/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| St. John, Stephen C. | 06/07/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 03/20/17 | J | | |
| 36. | | | | | Buy (add'l) | 04/07/17 | J | | |
| 37. | | | | | Buy (add'l) | 08/03/17 | J | | |
| 38. | | | | | Buy (add'l) | 10/04/17 | J | | |
| 39. -Neuberger Berman Strategic Income Fund-I | A | Dividend | K | T | Buy (add'l) | 02/01/17 | J | | |
| 40. | | | | | Buy (add'l) | 03/20/17 | J | | |
| 41. | | | | | Buy (add'l) | 04/07/17 | J | | |
| 42. | | | | | Buy (add'l) | 08/03/17 | J | | |
| 43. | | | | | Buy (add'l) | 10/04/17 | J | | |
| 44. -Hotchkis & Wiley High Yield Fund-I | A | Dividend | | | Sold | 02/01/17 | J | | |
| 45. -PIMCO Real Return Fund-Inst. Fund | A | Dividend | J | T | Sold (part) | 02/01/17 | J | | |
| 46. | | | | | Buy (add'l) | 03/20/17 | J | | |
| 47. | | | | | Buy (add'l) | 04/07/17 | J | | |
| 48. | | | | | Buy (add'l) | 08/03/17 | J | | |
| 49. | | | | | Buy (add'l) | 10/04/17 | J | | |
| 50. -Causeway International Value-Ins | A | Dividend | J | T | Buy (add'l) | 02/01/17 | J | | |
| 51. | | | | | Buy (add'l) | 10/04/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| St. John, Stephen C. | 06/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Natixis Loomis Say Growth Fund | A | Dividend | K | T | Buy (add'l) | 02/01/17 | J | | |
| 53. | | | | | Sold (part) | 10/03/17 | J | A | |
| 54. -Vanguard 500 Index Fund | A | Dividend | K | T | Sold (part) | 02/01/17 | J | A | |
| 55. | | | | | Buy (add'l) | 10/04/17 | J | | |
| 56. -Morgan Stanley Institutional Fund | A | Dividend | J | T | Sold (part) | 02/01/17 | J | A | |
| 57. | | | | | Sold (part) | 10/03/17 | J | A | |
| 58. -Touchstone Mid Cap Value Fund | A | Dividend | J | T | Sold (part) | 02/01/17 | J | A | |
| 59. | | | | | Buy (add'l) | 10/04/17 | J | | |
| 60. -Vanguard Developed Markets Index Fund | A | Dividend | J | T | Sold (part) | 02/01/17 | J | A | |
| 61. | | | | | Buy (add'l) | 10/04/17 | J | | |
| 62. -Goldman Sachs Intl Small Cap Fund | A | Dividend | J | T | Buy | 08/03/17 | J | | |
| 63. BB&T Bank Cash Account | A | Interest | K | T | | | | | |
| 64. Wells Fargo Advisors Cash Account | A | Interest | K | T | | | | | |
| 65. TD Ameritrade IRA (H) | C | Int./Div. | L | T | | | | | |
| 66. -T. Rowe Price Personal Strategy Growth Mutual Fund | C | Dividend | L | T | | | | | |
| 67. -Cash Account | A | Interest | J | T | | | | | |
| 68. Wells Fargo Advisors Brokerage Account (H) | E | Int./Div. | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| St. John, Stephen C. | 06/07/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -American Electric Power Inc. common stock | A | Dividend | K | T | | | | | |
| 70. -Wells Fargo Advisors Cash Account | A | Interest | K | T | | | | | |
| 71. -FirstEnergy Corporation common stock | A | Dividend | J | T | | | | | |
| 72. -Exxon Mobil Corporation common stock | A | Dividend | J | T | | | | | |
| 73. -Dominion Resources Incorporated common stock | D | Dividend | M | T | | | | | |
| 74. -Ameren Corporation common stock | A | Dividend | K | T | | | | | |
| 75. -Entergy Corporation common stock | B | Dividend | K | T | | | | | |
| 76. -Avangrid common stock (f/k/a UIL Holdings Corporation common stock) | A | Dividend | K | T | | | | | |
| 77. -Enbridge Inc. common stock (f/k/a Spectra Energy Corporation) | B | Dividend | K | T | Sold (part) | 02/28/17 | J | A | |
| 78. -Exelon Corporation common stock | B | Dividend | K | T | | | | | |
| 79. -Scana Corporation common stock | B | Dividend | K | T | | | | | |
| 80. -Federated High Income Bond Fund | A | Dividend | J | T | | | | | |
| 81. -Duke Energy Corporation common stock | B | Dividend | K | T | | | | | |
| 82. -The Southern Company common stock | C | Dividend | L | T | | | | | |
| 83. Massachusetts Mutual Life Insurance Co. (Cash Value Policy) | D | Dividend | M | T | | | | | |
| 84. BB&T Cash Account | A | Interest | M | T | | | | | |
| 85. BB&T Bank Cash Account | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. USAA Cash Account | A | Interest | J | T | Open | 01/18/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| St. John, Stephen C. | 06/07/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Notes for Part VII. Investments and Trusts

Line 27:   Virtus Quality Small Cap Fund became Virtus KAR Small Cap Fund in May 2017.

Line 34:   Metropolitan West Total Return Bond Fund became known as Metropolitan West T/R Bd-Pln on September 20, 2017.

Line 82:  Spectra Energy Corporation and Enbridge Inc. merged in February 2017 and the resulting entity is now known as Enbridge Inc.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Stephen C. St. John**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544